

RECEIVED
IN MONROE, LA

JUN 2 0 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| **DEDO DAGO FLORENT** | **CIVIL ACTION NO. 06-0019** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **ALBERTO GONZALES, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

For the reasons stated in this Court's Ruling and those portions of the Report and Recommendation of the Magistrate Judge adopted by the Court,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's claims against the Attorney General of the United States are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Petitioner's Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2241 [Doc. No. 1] is otherwise GRANTED, and he is to be released from federal detention under an order of supervision with conditions that are appropriate under the circumstances.

THUS DONE AND SIGNED this __16__ day of __June__, 2006, in Monroe, Louisiana.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION